UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JENNIFER MOORE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:05-cv-395-SEB-JMS |
| LINDA S. MCMAHON, Acting Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Jennifer Moore is not entitled to Supplemental Security Income and Disability Insurance Benefits based on her applications filed on November 28, 2001, is **AFFIRMED.**

Date: 02/09/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE, tom.kieper@usdoj.gov

Charles D. Hankey, charleshankey@hankeylawoffice.com